**FILED**
April 20, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG 05-0113 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| AKRAM SABAR CHAUDRY, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __AKRAM SABAR CHAUDRY__, Case No. __MAG 05-0116 DAD__, Charge __18:371, 1546__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of $_____

X Unsecured Appearance Bond $ _25,000_ _(Co-signed)_

__ Appearance Bond with 10% Deposit

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

X (Other) _Pretrial Services Supervision_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _April 20, 2005_ at _3:10 p.m._

By _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal